IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAM J. PEARSON, IV,

    Plaintiff,

v.   Case No. 3:11cv76/MCR/EMT

DARRELL McMANN, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 22, 2011 (Doc. 7).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 26th day of May, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**